```
            UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

CIGNA Health Corporation

    v.                            Civil No. 06-cv-116-JD

Donna K. Lencki

<u>O R D E R</u>

In its order of May 18, 2006, the court directed the plaintiff, CIGNA Health Corporation, to file a memorandum of law in support of its claims for an order preventing the defendant, Donna K. Lencki, from pursuing her wage claim before the New Hampshire Department of Labor, and for attorneys' fees and costs, in the event CIGNA wished to pursue those claims. The court directed CIGNA to file the memorandum by May 29, 2006 (a court holiday, so CIGNA actually had until the next business day, May 30, 2006, to file the memorandum, Fed. R. Civ. P. 6(a)).

As of the date of this order, CIGNA has not made any such filing. Its claims for an order preventing Lencki from prosecuting her wage claim before the Department of Labor, and for attorneys' fees, are therefore dismissed with prejudice. The clerk shall enter judgment accordingly and close the case.

Nothing in this order, however, shall prevent CIGNA from pursuing its costs through the procedures set forth in Local Rule 54.1.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

June 2, 2006

cc: Mark T. Broth, Esquire
    William D. Pandolph, Esquire